UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| SUSAN BARNETTE, et al., | ) ) | |
| Plaintiffs, | ) ) | Civil No. 10-77-ART |
| v. | ) ) | |
| GRIZZLY PROCESSING, LLC, et al., | ) ) | **ORDER ADOPTING R&R** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Defendants have moved for sanctions against Plaintiff Mark Tackett for his disclosure of inadmissible photographs during jury selection for the first trial.  *See* R. 252; R. 286.  The Court referred these motions to Magistrate Judge Ingram.  *See* Mem. Op. & Order, R. 255 at 8.  Magistrate Judge Ingram has now recommended that the Defendants' motions be granted in part and denied in part.  *See* R. 331 at 1.  Because Magistrate Judge Ingram found that Tackett's conduct during jury selection was not done in bad faith, he recommended denying the Defendants' request to impose attorney's fees and costs on Tackett.  *Id.* at 7.  But Magistrate Judge Ingram also recommended granting the Defendants' request to exclude the photographs disclosed by Tackett from any future trial in this case.  *Id.* The parties have not filed any objections to this recommendation, and the time for filing any objections has expired.  *See* Fed. R. Civ. P. 72(a).

Accordingly, the Court **ADOPTS** Magistrate Judge Ingram's Report and Recommendation, R. 331, as the opinion of the Court.  It is **ORDERED** that the Defendants'

motions for sanctions, R. 252; R. 286, are **GRANTED IN PART** and **DENIED IN PART**.

This the 22nd day of May, 2012.

**Signed By:**

_**Amul R. Thapar**_

**United States District Judge**